UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

    -against-

**Keith Eagle**

    **Defendant.**

NOTICE OF APPEARANCE

Docket No. 07-CR-1125
Judge/Magistrate Judge _____
Date: January 7, 2008

PLEASE TAKE NOTICE, that I have been retained by Keith Eagle the above named Plaintiff/Defendant. I was admitted to practice in this District on 04/80.

James J. DiPietro
186 Joralemon Street
Brooklyn, New York 11201
(718) 875-4207



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____