UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KEITH EAGLE, et al.,

Defendants.

ORDER
07 CR 01125 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant Eagle is charged with gambling and money laundering conspiracies and being part of an illegal gambling business, namely a business that facilitated and engaged in sports bookmaking. By letter dated January 28, 2008, he requests that this Court modify his bail conditions to allow him to travel to the Atlantis Hotel Casino in the Bahamas from February 15, 2008, through February 24, 2008.

Defendant Eagle's request is denied.

Dated: January 31, 2008
New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge