**JAMES J. DiPIETRO**
*Attorney at Law*
186 JORALEMON STREET
BROOKLYN, NEW YORK 11201

(718) 875-4207
FAX (718) 875-1717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 28 2008

August 27, 2008

Honorable George B. Daniels
United States District Court
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**BY FAX**

**SO ORDERED**
The sentencing is adjourned to
November 6, 2008 at 10:00 a.m.

AUG 28 2008   *George B. Daniels*
HON. GEORGE B. DANIELS

Re: <u>U.S. v. Keith Eagle, et al.</u>
07-CR-1125 (GBD)

Dear Judge Daniels,

I am counsel to Mr. Eagle in the above named criminal matter.

Due to a scheduling conflict and a need for an additional time to prepare a sentencing memorandum, I am respectfully requesting that the defendant's sentence presently scheduled for September 10, 2008 be adjourned to November 6, 2008.

I have spoken to AUSA Arlo Devlin-Brown who has no objection to Mr. Eagle's application for an adjournment to November 6, 2008.

Respectfully submitted,

*James DiPietro (HC)*
James J. DiPietro

cc: AUSA Arlo Devlin-Brown

Dated: August    , 2008

AUG 28 2008
SO ORDERED:

*George B. Daniels*
HONORABLE GEORGE B. DANIELS
HON. GEORGE B. DANIELS